UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| RAJ K. PATEL,  )<br> )<br>    Petitioner,  )<br> )<br> )<br> )<br> )<br>UNITED STATES,  )<br> )<br>    Respondent.  ) | Civil Action No.  23-02152 (UNA) |

## ORDER

For the reasons stated in the accompanying Memorandum Opinion, it is

**ORDERED** that Petitioner's motion for leave to proceed *in forma pauperis*, ECF No. 2, is **GRANTED**; it is further

**ORDERED** that Petitioner's motion to vacate, ECF No. 7, is **DENIED** as moot; it is further

**ORDERED** that the operative petition for a writ of mandamus, ECF No. 6, is **DENIED**, and this case is **DISMISSED** without prejudice.

This is a final appealable order.

_____

Date:  October 26, 2023

JIA M. COBB
United States District Judge