IN THE UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF COLUMBIA

|  |  |
|---|---|
| THE EXCELLENT THE EXCELLENT RAJ K. PATEL, from all capacities,<br><br>*Plaintiff*<br><br>v.<br><br>THE UNITED STATES,<br><br>*Defendant* | No. 1:23-cv-02152-UNA<br><br>Date: November 7, 2023 |

## MOTION TO RECONSIDER DKTS. 9-10

I, T.E., T.E. Mr. Raj K. Patel, AA, BA, JD\*, PhD (Rama CCCX) (*pro se*), respectfully move this United States District Court for the District of Columbia to expedite and absolve the writ herein that was filed on July 24, 2023. <u>Erickson v. Pardus</u>, 551 U.S. 89, 94 (2007) (all documents filed pro se are liberally construed).

I. It is a matter of right to submit an amended complaint.

II. The Peace Treaty of the Glorious Revolution was materially breached, and its obligations have been left lingering. U.S. const. art. VI, § 1. This behavior is undiplomatic and unintended by the President of the United States.

III. NATO-SHAPE Treaties and the United Nations treaties elevated enforcement of sovereignty the issues in accord with Ordered Liberty.

IV. The Government must ensure adherence to the neutral, set, permanent United States Constitution. The Government and law enforcement is responsible for general breaches of the peace, such as Peace Treaty. 28 U.S.C. § 1361. The national guard is responsible for breach of the Order.

V. The court has sufficient jurisdiction to at least partial resolve this matter.



1

VI.    Federalism and N.J. const. art. I, §§ 1-2 demand this issue be solved right away.

**PATEL MOVES** that this court to reconsider Dkts. 9-10 along with the amended complaint as a matter of right.

Respectfully submitted,

/s/ Raj K. Patel
Rama CCCX
T.E., T.E. Raj K. Patel, AA, BA, JD Candidate** (*pro se*)
6850 East 21st Street
Indianapolis, IN 46219
Marion County
317-450-6651 (cell)
rajp2010@gmail.com
www.rajpatel.live

T.E. Mr. President/Student Body President, Student Gov't Ass'n of Emory U., Inc. 2013-2014 (corp. sovereign 2013-present)
T.E. Mr. Student Body President, Brownsburg Cmty. Sch. Corp./President, Brownsburg High Sch. Student Gov't 2009-2010 (corp. sovereign 2009-present)
Rep. from the Notre Dame L. Sch. Student B. Ass'n to the Ind. St. B. Ass'n 2017
Deputy Regional Director, Young Democrats of Am.-High Sch. Caucus 2008-2009
Co-Founder & Vice Chair, Ind. High Sch. Democrats 2009-2010
Vice President of Fin. (Indep.), Oxford C. Republicans of Emory U., Inc. 2011-2012

Intern, Marion Cnty. Clerk Elizabeth "Beth" White for Sec'y of St. of the St. of Ind. 2014

**J.D. Candidate, Notre Dame L. Sch. (2015-17)

Volunteer, Barack Obama for America (2008)

Intern, Jill Long Thompson for Governor (2008)

2

*Political Science and Religion (cum laude), Emory University Class of 2014

*Political Science and Religion (cum laude), Emory University Class of 2014

## **CERTIFICATE OF SERVICE**

I certify that I served a copy of the foregoing *Pro Se* Motion to Reconsider on 11/7/2023 to below individuals via the Clerk of Court and e-mail:

> **The United States**
> AG Merrick Garland
> U.S. Department of Justice
> 950 Pennsylvania Avenue NW
> Washington DC 20530
>
> **The United States**
> **Matthew M. Graves**
> United States Attorney's Office
> 601 D Street, NW
> Washington, DC 20001
> usadc.webmaster@usdoj.gov

Respectfully submitted,

/s/ Raj Patel
T.E., T.E. Raj K. Patel (*Pro Se*)
6850 East 21st Street
Indianapolis, IN 46219
317-450-6651 (cell)
rajp2010@gmail.com
www.rajpatel.live

Dated: November 7, 2023

4

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

RAJ K. PATEL,                          )
                                       )
        Petitioner,                    )
                                       )    Civil Action No.  23-02152 (UNA)
                                       )
                                       )
UNITED STATES,                         )
                                       )
        Respondent.                    )

## MEMORANDUM OPINION

This action is before the Court on review of Petitioner's Pro Se Emergency Second Amended Petition for Writ of Mandamus, ECF No. 6, and application to proceed *in forma pauperis*, ECF No. 2. For the following reasons, the application will be granted, and this case will be dismissed.

The mandamus statute confers upon federal district courts jurisdiction "to compel an officer or employee of the United States or any agency thereof to perform a duty owed to the plaintiff." 28 U.S.C. § 1361. As "an option of last resort," *Illinois v. Ferriero*, 60 F.4th 704, 714 (D.C. Cir. 2023) (citation omitted), mandamus relief is available only if "(1) the plaintiff has a clear right to relief; (2) the defendant has a clear duty to act; and (3) there is no other adequate remedy available to plaintiff." *Council of and for the Blind of Delaware County Valley v. Regan*, 709 F.2d 1521, 1533 (D.C. Cir. 1983) (en banc). If "all three of these threshold requirements" are not met, the Court must dismiss the petition for lack of subject-matter jurisdiction. *Ferriero*, 60 F.4th at 714. "In other words, mandamus jurisdiction under § 1361 merges with the merits." *Lovitky v. Trump*, 949 F.3d 753, 759 (D.C. Cir. 2020) (cleaned up).

Petitioner seeks "a writ of mandamus to return the protection, Privilege, of the United States back to the Plaintiff[.]" ECF No. 6 at 2. Petitioner posits that he "need not sue a particular officer" because the "Chief Constitutional Officer (the President who is Commander-in-Chief of the Armed and Space Forces) will delegate it to Inferior Officers . . . or in the Heads of Departments, which the Secretary of State is both." *Id*. (cleaned up). The assertions continue in this confusing manner, satisfying none of the requirements for mandamus relief. Consequently, this case will be dismissed by separate order.

Date: October 26, 2023

_____
JIA M. COBB
United States District Judge

2

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| RAJ K. PATEL, | ) | |
| | ) | |
| Petitioner, | ) | |
| | ) | Civil Action No. 23-02152 (UNA) |
| | ) | |
| | ) | |
| UNITED STATES, | ) | |
| | ) | |
| Respondent. | ) | |

# ORDER

For the reasons stated in the accompanying Memorandum Opinion, it is

**ORDERED** that Petitioner's motion for leave to proceed *in forma pauperis*, ECF No. 2, is **GRANTED**; it is further

**ORDERED** that Petitioner's motion to vacate, ECF No. 7, is **DENIED** as moot; it is further

**ORDERED** that the operative petition for a writ of mandamus, ECF No. 6, is **DENIED**, and this case is **DISMISSED** without prejudice.

This is a final appealable order.

_____
JIA M. COBB
Date: October 26, 2023                                      United States District Judge